# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| William Berry Coleman | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:12cv303 / 3:01cr93-1 |
| | ) | |
| vs. | ) | |
| | ) | |
| United States Of America | ) | |
| | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come from the court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 8/26/13 Order.

August 26, 2013

Frank G. Johns, Clerk
United States District Court